No. 716.  CALZAVARA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Julius Lucius Echeles* for petitioner.  *Solicitor General Marshall* for the United States.

No. 717.  ALUMINUM CO. OF AMERICA ET AL. *v.* WOODS EXPLORATION & PRODUCING CO., INC., ET AL.  Sup. Ct. Tex.  Certiorari denied.  *Leroy Jeffers* for petitioners. *Price Daniel* and *Levert J. Able* for respondents Woods Exploration & Producing Co., Inc., et al.

No. 672.  MAROSCIA *v.* DISPATCH PRINTING CO. ET AL. C. A. 2d Cir.  Motion to dispense with printing the petition granted.  Petition for a writ of certiorari and for other relief denied.

No. 690.  MARTIN *v.* PHILLIPS PETROLEUM CO. ET AL. C. A. 5th Cir.  Certiorari denied.  THE CHIEF JUSTICE would grant the petition and reverse the judgments of the lower courts.  *Klor's, Inc.* v. *Broadway-Hale Stores, Inc.,* 359 U. S. 207, and *Radiant Burners, Inc.* v. *Peoples Gas Light & Coke Co.,* 364 U. S. 656.  *A. A. White* and *Ben H. Schleider, Jr.,* for petitioner.  *Leroy Jeffers* for respondent Phillips Petroleum Co., and *John W. Barnum* for respondents Chemical Bank New York Trust Co. et al.

No. 217, Misc.  MANGEL *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  Petitioner *pro se.* *Earl Faircloth,* Attorney General of Florida, *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 482, Misc.  BOOZE *v.* VIRGINIA.  Sup. Ct. App. Va. Certiorari denied.  *Albert J. Ahern, Jr.,* and *Josiah Lyman* for petitioner.  *William J. Hassan* for respondent.